CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 21 2014
JULIA _____, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY WILLIAMS, ) | Civil Action No. 7:14-cv-00097 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| W. E. LESTER, et al., ) | By: Hon. James C. Turk | |
| Defendants. ) | Senior United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that the Complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This _____ day of April, 2014.

_____
Senior United States District Judge